UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>　　　　Plaintiff<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF THE DEFENDANT, LOWE'S HOME CENTERS, INC., PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), it is hereby affirmed that we have conferred for the purpose of:

　　a.　Establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

　　b.　Considering the resolution of the litigation through the use of alternative dispute resolution programs.

Defendant, Lowe's Home Centers, Inc.

_____
Authorized Representative: Walt Williams

944373v1

Respectfully Submitted By,

Counsel for Defendant,
Lowe's Home Centers, Inc.

*/s/ Jacy L. Wilson*

---

Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

CERTIFICATE OF SERVICE

I hereby certify that this document has been served upon all counsel of record in compliance with the Federal Rules of Civil Procedure.

*/s/ Jacy L. Wilson*

---

Jacy L. Wilson, Esquire

Dated: February 2, 2005

944373v1