UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>       Plaintiff<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AUTOMATIC DISCLOSURES OF THE DEFENDANT, LOWE'S HOME CENTERS, INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Pursuant to Federal Rule of Civil Procedure 26(a)(1), the defendant, Lowe's Home Centers, Inc. ("Lowe's"), makes the following initial disclosures:

**A.**     **Individuals believed to have discoverable information**

1.     Dan Nichols, address and telephone number unknown, subject of information: allegations set forth in the plaintiff's Complaint;

2.     Jane Pingalore, 533 Lincoln Street, Worcester, MA, (508) 595-1460, subject of information:  general store policies and procedures;

3.     Joe Nassar, 533 Lincoln Street, Worcester, MA, (508) 595-1460, subject of information:  allegations set forth in the plaintiff's Complaint;

4.     Chad Gaylord, address unknown, (508) 852-7624, subject of information: allegations set forth in the plaintiff's Complaint;

5.     Tom Bohigian, address unknown, (508) 799-0051, subject of information: allegations set forth in the plaintiff's Complaint; and

6.      Dominik E. LeBeau, address unknown as he is currently serving in the Armed Forces, subject of information: allegations set forth in the plaintiff's Complaint.

**B.      Documents that may support claims or defenses**

Lowe's will make available for inspection and copying medical records received in response to its subpoena of the Keeper of Records of both Excel Orthopedic Specialists and Fallon Clinic.

**C.      Computations of damages**

Not applicable

**D.      Insurance Agreement**

Lowe's will make available for inspection and copying any insurance policy providing coverage on the date of the alleged incident set forth in the plaintiff's Complaint.

Respectfully Submitted By,

Counsel for Defendant,
Lowe's Home Centers, Inc.

*/s/ Jacy L. Wilson*

_____
Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served upon all counsel of record in compliance with the Federal Rules of Civil Procedure.

*/s/ Jacy L. Wilson*

_____
Jacy L. Wilson, Esquire

Dated: February 2, 2005

944388v1