UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>　　　Plaintiff<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Local Rule 7.3(A), the defendant, Lowe's Home Centers, Inc., identifies the following:

1. Lowe's Companies, Inc. is the parent corporation of Lowe's Home Centers, Inc.

2. Lowe's Companies, Inc. is a publicly held company that owns 10% or more of Lowe's Home Centers, Inc.'s stock.

Respectfully Submitted By,

Counsel for Defendant,
Lowe's Home Centers, Inc.

/s/ Jacy L. Wilson

_____
Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

944382v1

CERTIFICATE OF SERVICE

  I hereby certify that this document has been served upon all counsel of record in compliance with the Federal Rules of Civil Procedure.

         */s/ Jacy L. Wilson*

         _____
         Jacy L. Wilson, Esquire

Dated: February 2, 2005

944382v1