UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

JOSEPH LOMBARDI,
    Plaintiff

v.

LOWE'S HOME CENTERS, INC.,
    Defendant.

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), the parties submit the following joint statement:

**I.** **AGENDA OF MATTERS**

The primary matters to be discussed at the scheduling conference are as follows:

1. Plaintiff's motion for a speedy trial pursuant to G.L. c. 231, §59F.

2. The parties' proposed pretrial schedule set forth below.

**II.** **PROPOSED PRETRIAL SCHEDULES**

After conferring in accordance with Local Rule 16.1, the parties are unable to reach agreement on a proposed pretrial schedule. Hence, each party's proposal is set forth separately below:

    **A.** **PROPOSED DISCOVERY PLAN**

**Plaintiff's Proposal:**

1. Answers to Plaintiff's Interrogatories due by February 23, 2005.

2. Discovery requests and depositions completed by July 15, 2005.

944953v1

3.      Final pre-trial conference held and firm trial date set by October 1, 2005.

**Defendant's Proposal**

Defendant disagrees with the plaintiff's discovery proposal because it does not give adequate time to conduct discovery given the nature of this case. Defendant's proposed discovery deadlines, provided below, allow a realistic amount of time for discovery and follow the "Fast Track," which was the initial discovery timeline given to this case by the Suffolk Superior Court prior to its removal to this Court.

1.      Defendant proposes that the scope of discovery in this matter shall conform to the requirements set forth in Fed. R. Civ. P. 26(b).

2.      Taking into account the desirability of conducting phased discovery, the defendant proposes the following schedule:

PHASE I: Developing information needed for a realistic assessment of the case

    a.    All fact discovery, including depositions, will be completed on or before October 18, 2005.

    b.    The parties will be limited to four (4) depositions per side, excluding depositions of experts and third-party record custodians.

    c.    The parties will be limited to twenty-five (25) interrogatories per side, in accordance with Local Rule 26.1(c).

    d.    The parties will be limited to twenty-five (25) requests for admissions per side, in accordance with Local Rule 26.1(c).

    e.    The parties will be limited to two (2) separate sets of requests for production per side, in accordance with Local Rule 26.1(c).

<u>PHASE II: Developing information needed to prepare for trial</u>

a. Plaintiff will provide his expert witness disclosure to the defendant in accordance with Fed. R. Civ. P. 26(a)(2) on or before October 18, 2005.

b. Defendant will provide its expert witness disclosure to the plaintiff in accordance with Fed. R. Civ. P. 26(a)(2) on or before November 17, 2005.

**B.    PROPOSED SCHEDULE FOR FILING MOTIONS**

<u>Plaintiff's Proposal:</u>

1. All motions for amendments to pleadings filed on or before April 22, 2005.

2. All motions under Fed. R. Civ. P. 56 served and heard by September 1, 2005.

<u>Defendant's Proposal:</u>

1. All motions for amendments to pleadings will be filed and served on or before May 23, 2005.

2. Fed. R. Civ. P. 56 motions will be filed and served on or before November 17, 2005.

3. Oppositions to Fed. R. Civ. P. 56 motions will be filed and served on or before December 1, 2005.

4. All expert discovery motions will be filed and served on or before December 12, 2005.

**III.   <u>CERTIFICATIONS</u>**

The certifications required by Local Rule 16.1(D)(3) have been filed or will be filed separately by each party on or before the date of the scheduling conference.

944953v1

## IV. TRIAL BY MAGISTRATE JUDGE

The parties will continue to confer on the issue of trying this matter by magistrate judge, as no agreement has been reached to date.

Defendant,
Lowe's Home Centers, Inc.,
By its attorneys,

/s/ Jacy L. Wilson

_____
Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

Plaintiff,
Joseph Lombardi,
By his attorney,

_____
Frances A. King, BBO # 546907
FRANCES A. KING
16 Tremont Street, Suite 3
Boston, MA  02108
(617) 523-0161

944953v1

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served upon all counsel of record in compliance with the Federal Rules of Civil Procedure.

/s/ Jacy L. Wilson

_____

Jacy L. Wilson, Esquire

Dated: February 2, 2005

944953v1

**FRANCES A. KING**
**ATTORNEY AT LAW**
**10 TREMONT STREET, SUITE 3**
**BOSTON, MA 02108**

Tel:   617 – 523-0161                                          Fax:   617 – 523-8046

January 17, 2005

Thomas C. Federico, Esq.
Jacy L. Wilson, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

RE:   LOMBARDI V. LOWE'S HOME CENTERS
      CIVIL ACTION NO. 04 – 12678-WGY

Dear Attorney Federico and Attorney Wilson,

Pursuant to Fed. R. Civ. P. 26 (f) and LR 16.1 I submit the following for conference of Counsel:

1. **AGENDA OF MATTERS TO BE DISCUSSED AT THE SCHEDULING CONFERENCE:**

**PLAINTIFF'S POSITION:**

This is a negligence action based on injuries suffered as the result of a slip and fall.

The Plaintiff will file a Motion For A Speedy Trial pursuant to M.G.L.231, §59F due to the Plaintiff's age of 66 years old.

The Plaintiff suffered three tears of the right shoulder: a full thickness tear of the supraspinatus, a high-grade partial tear of the infraspinatus, and insertional tear of the subscapularis; The Plaintiff will need surgery and due to evidence of some atrophy of the rotator cuff muscles, there is potential for incomplete recovery of strength.

Defendant is in possession of all medical bills and reports as provided to Mr. Art Groves of SRS (Specialty Risk Service) of Charlotte, N.C. as of October 26, 2004;

Medical authorizations have been signed by Plaintiff, at Defendant's request, on January 10, 2005 and Defendant has scheduled Keeper depositions for February 10, 2005.

Plaintiff served Interrogatories on the Defendant on December 7, 2004; Defendant removed the State Action to the Federal Court on December 22, 2004; Answers to Plaintiff's Interrogatories were due on January 11, 2005, pursuant to Rule 26.2 (D);

PLAINTIFF'S PROPOSED PRETRIAL PLAN AND PLAN FOR DISCOVERY:

The Plaintiff will file a Motion For A Speedy Trial pursuant to M.G.L.231, §59F due to the Plaintiff's age of 66 years old.

Defendant will provide Plaintiff with answers to Interrogatories forthwith;

Plaintiff will be allowed to inspect , photograph and/or conduct any other designated procedure within the premises where the accident occurred within 20 days subsequent to the conference;

Plaintiff will conduct the Rule 30 (b) deposition(s) within 30 days after receiving answers to Interrogatories;

Plaintiff will conduct the deposition of employee(s) working on the day of the accident with the most knowledge of the accident within 30 days of the deposition pursuant to Rule 30 (b);

DEFENDANT'S PROPOSED PRETRIAL PLAN FOR DISCOVERY:

Please contact this office to discuss the above,

Very truly yours,

Frances A. King

FAK/jpl