UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>Plaintiff<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>Defendant. | *Feb 3, 2005 as modified*<br>YOUNG, D.J.<br>So ordered as the case management<br>scheduling order.<br>Discovery due *July 15, 2005*<br>Dispositive Motions due *Sept 1, 2005*<br><br>*William G. Young*<br>U.S. District Judge |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), the parties submit the following joint statement:

### I. AGENDA OF MATTERS

The primary matters to be discussed at the scheduling conference are as follows:

1. Plaintiff's motion for a speedy trial pursuant to G.L. c. 231, §59F.

2. The parties' proposed pretrial schedule set forth below.

### II. PROPOSED PRETRIAL SCHEDULES

After conferring in accordance with Local Rule 16.1, the parties are unable to reach agreement on a proposed pretrial schedule. Hence, each party's proposal is set forth separately below:

#### A. PROPOSED DISCOVERY PLAN

**Plaintiff's Proposal:**

1. Answers to Plaintiff's Interrogatories due by February 23, 2005.

2. Discovery requests and depositions completed by July 15, 2005.

944953v1

3.  Final pre-trial conference held and firm trial date set by October 1, 2005.

**Defendant's Proposal**

Defendant disagrees with the plaintiff's discovery proposal because it does not give adequate time to conduct discovery given the nature of this case. Defendant's proposed discovery deadlines, provided below, allow a realistic amount of time for discovery and follow the "Fast Track," which was the initial discovery timeline given to this case by the Suffolk Superior Court prior to its removal to this Court.

1.  Defendant proposes that the scope of discovery in this matter shall conform to the requirements set forth in Fed. R. Civ. P. 26(b).

2.  Taking into account the desirability of conducting phased discovery, the defendant proposes the following schedule:

PHASE I: Developing information needed for a realistic assessment of the case

    a.  All fact discovery, including depositions, will be completed on or before October 18, 2005.

    b.  The parties will be limited to four (4) depositions per side, excluding depositions of experts and third-party record custodians.

    c.  The parties will be limited to twenty-five (25) interrogatories per side, in accordance with Local Rule 26.1(c).

    d.  The parties will be limited to twenty-five (25) requests for admissions per side, in accordance with Local Rule 26.1(c).

    e.  The parties will be limited to two (2) separate sets of requests for production per side, in accordance with Local Rule 26.1(c).

PHASE II: Developing information needed to prepare for trial

    a. Plaintiff will provide his expert witness disclosure to the defendant in accordance with Fed. R. Civ. P. 26(a)(2) on or before October 18, 2005.

    b. Defendant will provide its expert witness disclosure to the plaintiff in accordance with Fed. R. Civ. P. 26(a)(2) on or before November 17, 2005.

**B. PROPOSED SCHEDULE FOR FILING MOTIONS**

**Plaintiff's Proposal:**

1. All motions for amendments to pleadings filed on or before April 22, 2005.
2. All motions under Fed. R. Civ. P. 56 served ~~and heard~~ by September 1, 2005.

**Defendant's Proposal:**

1. All motions for amendments to pleadings will be filed and served on or before May 23, 2005.
2. Fed. R. Civ. P. 56 motions will be filed and served on or before November 17, 2005.
3. Oppositions to Fed. R. Civ. P. 56 motions will be filed and served on or before December 1, 2005.
4. All expert discovery motions will be filed and served on or before December 12, 2005.

**III. CERTIFICATIONS**

The certifications required by Local Rule 16.1(D)(3) have been filed or will be filed separately by each party on or before the date of the scheduling conference.

944953v1

## IV. TRIAL BY MAGISTRATE JUDGE

The parties will continue to confer on the issue of trying this matter by magistrate judge, as no agreement has been reached to date.

Defendant,
Lowe's Home Centers, Inc.,
By its attorneys,

/s/ Jacy L. Wilson

Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Plaintiff,
Joseph Lombardi,
By his attorney,

Frances A. King, BBO # 546907
FRANCES A. KING
16 Tremont Street, Suite 3
Boston, MA 02108
(617) 523-0161

944953v1