UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION NO. 04-12678-WGY

2005 FEB 10  P 1:35

U.S. DISTRICT COURT
DISTRICT OF MASS

JOSEPH LOMBARDI

V.

LOWE'S HOME CENTERS, INC.


### AUTOMATIC DISCLOSURES OF THE PLAINTIFF, JOSEPH LOMBARDI, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1),

Pursuant to Federal Rule of Civil Procedure 26(a)(1), the Plaintiff, Joseph Lombardi makes the following initial disclosures:

**A.  Individuals believed to have discoverable information**

1.  Joseph Lombardi
    7 Maple Street
    Burlington, MA 01803
    774 – 276-0903

**B.  Documents that may support claims or defenses**

The Defendant is in possession of all medical bills and reports to date regarding the injury that the Plaintiff suffered.

**C.  Computation of damages**

Medical bills, to date are $5728.94; with future surgical and rehabilitation costs ranging from $15,000 to $20,000;

Wage loss in the amount of approximately $18,000 - $22,000 per year.

Respectfully submitted,
Counsel for the Plaintiff,

_____
Frances A. King
10 Tremont Street, Suite 3
Boston, MA 02108
617 – 523-0161
BBO # 546907

## CERTIFICATE OF SERVICE

I, Frances A. King, Counsel for the Plaintiff, hereby certify that I have served this document upon all Counsel of record for the Defendant, in hand, this 9th day of February, 2005.

_____
Frances A. King