UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12678-WGY

JOSEPH LOMBARDI

V.

LOWE'S HOME CENTERS, INC.

### CERTIFICATION OF THE PLAINTIFF, JOSEPH LOMBARDI PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), it is hereby affirmed that we have conferred for the purpose of:

a. Establishing a budget for the costs of conducting the full course – and various alternative courses of the litigation; and

b. Considering the resolution of litigation through the use of alternative dispute resolution programs.

Respectfully Submitted,
For the Plaintiff,

*[signature]*
Frances A. King
10 Tremont Street, Suite 3
Boston, MA 02108
617 – 523-0161
BBO # 546907

### CERTIFICATE OF SERVICE

I, Frances A. King, certify that this Certification was served upon all Counsel of record for the Defendant, in hand, on this 9th day of February, 2005.

*[signature]*