**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO: 04-12678-WGY

JOSEPH LOMBARDI

V.

LOWE'S HOME CENTERS, INC.

## MOTION FOR SPEEDY TRIAL

Now comes the Plaintiff, Joseph Lombardi, and pursuant to G.L. c. 231, §59F respectfully requests this Honorable Court order a speedy trial of the above matter.

As grounds therefore, Plaintiff states that he is sixty-six years old (66); has a serious injury as the result of the subject matter of this lawsuit, and has been unable to work due to his injury. (See attached Affidavit of Plaintiff).

The Plaintiff requests a trial date as soon as possible subsequent to the disposition of all dispositive Motions due on September 1, 2005.

Respectfully submitted,
By his Attorney,

Frances A. King
10 Tremont Street, Suite 3
Boston, MA 02108
617 – 523-0161
BB0 # 546907

DATE: February 9, 2005

## CERTIFICATE OF SERVICE

I, Frances A. King, Counsel for the Plaintiff, hereby state that the above Motion For A Speedy Trial, and Affidavit was served upon all Counsel of Record for the Defendant, in hand, this 9th day of February, 2005.

Frances A. King

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO: 04-12678-WGY**

JOSEPH LOMBARDI

V.

LOWE'S HOME CENTERS, INC.

### AFFIDAVIT

I, Joseph Lombardi state the following:

1.  I am the Plaintiff in the above entitled action;
2.  I am 66 years old, my date of birth is 9/16/38;
3.  I am a right handed dominant carpenter;
4.  On or about April 8, 2004, I was shopping in Lowe's Home Improvement Store, when I reached for stair stringers in the lumber department.
5.  As I reached for the stair stringers, something gave out beneath my feet which I later found out to be loose balusters;
6.  I catapulted backwards, twisted my shoulder and hit my head on a lumber cart;
7.  I was unconscious for several seconds;
8.  As a result of this fall, I suffered three tears of my right shoulder;
9.  Prior to this accident, I was a part time carpenter;
10. I can no longer perform this work due to my injury;
11. I respectfully ask this Court to order a speedy trial, so that I may have surgery and begin my rehabilitation.

Signed under the pains and penalties of perjury, this 7th day of February, 2005

_Joseph Lombardi_
Joseph Lombardi