UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>　　　　Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| LOWE'S HOME CENTERS, INC.,<br>　　　　Defendant. | )<br>)<br>) |

## APPLICATION FOR MEDICAL RECORDS

Pursuant to General Laws, Chapter 111, Section 70, the defendant, Lowe's Home Centers, Inc., hereby applies to this Court for an order for inspection of the medical records of Dr. Ronald J. Dorris pertaining to the plaintiff, Joseph Lombardi, from the date of first treatment to the present. A copy of the proposed order is attached hereto.

　　　　　　　　　　　　　　　　　　The defendant,
　　　　　　　　　　　　　　　　　　Lowe's Home Centers, Inc.
　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　/s/ Jacy L. Wilson
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Thomas C. Federico, BBO # 160830
　　　　　　　　　　　　　　　　　　Jacy L. Wilson, BBO # 658923
　　　　　　　　　　　　　　　　　　MORRISON MAHONEY LLP
　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　Boston, MA  02210-1181
　　　　　　　　　　　　　　　　　　(617) 439-7500

951656v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>　　　Plaintiff | )<br>)<br>) |
| v. | )<br>)<br>) |
| LOWE'S HOME CENTERS, INC.,<br>　　　Defendant. | )<br>)<br>)<br>) |

### ORDER

Upon application of the defendant, Lowe's Home Centers, Inc., for an order for inspection of the medical records of Dr. Ronald J. Dorris pertaining to the plaintiff, Joseph Lombardi, from the date of first treatment to the present, it is hereby ordered that said application is **ALLOWED** and that Dr. Ronald J. Dorris shall furnish a true and complete copy of such medical records (except that said copies shall not include records kept pursuant to General Laws Chapter 111, Section 119) to Jacy L. Wilson, Esq., Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts, 02129.

_____
J.

Dated:

951656v1

## AFFIDAVIT OF NOTICE

I, Jacy L. Wilson, attorney for the defendant, Lowe's Home Centers, Inc., hereby certify that I gave notice of my intention to file the Application for Medical Records and Order to the plaintiff's attorney on May 6, 2005 and said attorney has not filed an objection.

Signed under the penalties of perjury this 16th day of May, 2005.

*/s/ Jacy L. Wilson*
_____
Jacy L. Wilson, Esquire

951656v1