**Motions**
<u>1:04-cv-12678-WGY Lombardi v. Lowe's Home Centers, Inc.</u>

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Wilson, Jacy L. entered on 5/23/2005 at 3:24 PM EDT and filed on 5/23/2005

**Case Name:** Lombardi v. Lowe's Home Centers, Inc.
**Case Number:** <u>1:04-cv-12678</u>
**Filer:** Lowe's Home Centers, Inc.
**Document Number:** <u>22</u>

**Docket Text:**
MOTION Application for Medical Records *of Dr. Thomas L. Force* by Lowe's Home Centers, Inc.. (Wilson, Jacy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=5/23/2005] [FileNumber=985755-0]
[c9f4d9ccdbad33f36644f0c5b259205b993f0b89e6178c83a5c3e32827a8be9a956a
41de4b479d2a3cc5a86d1899db310f4b54e8a8a55d28c6434ebb97db2c30]]

**1:04-cv-12678 Notice will be electronically mailed to:**

Thomas C. Federico    tfederico@morrisonmahoney.com

Frances A. King    frances99@msn.com

Jacy L. Wilson    jwilson@morrisonmahoney.com

**1:04-cv-12678 Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>)<br>) |
| LOWE'S HOME CENTERS, INC.,<br>Defendant. | )<br>)<br>) |

## APPLICATION FOR MEDICAL RECORDS

Pursuant to General Laws, Chapter 111, Section 70, the defendant, Lowe's Home Centers, Inc., hereby applies to this Court for an order for inspection of the medical records of Dr. Thomas L. Force pertaining to the plaintiff, Joseph Lombardi, from the date of first treatment to the present. A copy of the proposed order is attached hereto.

The defendant,
Lowe's Home Centers, Inc.
By its attorneys,

/s/ Jacy L. Wilson

---

Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

951646v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| LOWE'S HOME CENTERS, INC.,<br>Defendant. | )<br>)<br>) |

## ORDER

Upon application of the defendant, Lowe's Home Centers, Inc., for an order for inspection of the medical records of Dr. Thomas L. Force pertaining to the plaintiff, Joseph Lombardi, from the date of first treatment to the present, it is hereby ordered that said application is **ALLOWED** and that Dr. Thomas L. Force shall furnish a true and complete copy of such medical records (except that said copies shall not include records kept pursuant to General Laws Chapter 111, Section 119) to Jacy L. Wilson, Esq., Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts, 02129.

_____
J.

Dated:

951646v1