**Motions**
1:04-cv-12678-WGY Lombardi v. Lowe's Home Centers, Inc.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Wilson, Jacy L. entered on 5/23/2005 at 3:31 PM EDT and filed on 5/23/2005

**Case Name:** Lombardi v. Lowe's Home Centers, Inc.
**Case Number:** 1:04-cv-12678
**Filer:** Lowe's Home Centers, Inc.
**Document Number:** 24

**Docket Text:**
MOTION Application for Medical Records *of Dr. Jang B. Singh* by Lowe's Home Centers, Inc.. (Wilson, Jacy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=5/23/2005] [FileNumber=985783-0]
[a3bc0961ca0e6607fc2d9cc8f4bcfb195f9cf9a3b0b7c799ce4007896f339800c793
a4c6006e2e4f26f46f766c5e569f5e1d536872b21196ee49d05f1c0f1ef9]]

**1:04-cv-12678 Notice will be electronically mailed to:**

Thomas C. Federico     tfederico@morrisonmahoney.com

Frances A. King     frances99@msn.com

Jacy L. Wilson     jwilson@morrisonmahoney.com

**1:04-cv-12678 Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>Plaintiff<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR MEDICAL RECORDS

Pursuant to General Laws, Chapter 111, Section 70, the defendant, Lowe's Home Centers, Inc., hereby applies to this Court for an order for inspection of the medical records of Dr. Jang B. Singh pertaining to the plaintiff, Joseph Lombardi, from the date of first treatment to the present. A copy of the proposed order is attached hereto.

The defendant,
Lowe's Home Centers, Inc.
By its attorneys,

/s/ Jacy L. Wilson

Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

951657v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

|  |  |
|---|---|
| JOSEPH LOMBARDI,<br>      Plaintiff<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon application of the defendant, Lowe's Home Centers, Inc., for an order for inspection of the medical records of Dr. Jang B. Singh pertaining to the plaintiff, Joseph Lombardi, from the date of first treatment to the present, it is hereby ordered that said application is **ALLOWED** and that Dr. Jang B. Singh shall furnish a true and complete copy of such medical records (except that said copies shall not include records kept pursuant to General Laws Chapter 111, Section 119) to Jacy L. Wilson, Esq., Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts, 02129.

_____
J.

Dated:

951657v1