UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

)
JOSEPH LOMBARDI,                        )
    Plaintiff                           )
                                        )
v.                                      )
                                        )
LOWE'S HOME CENTERS, INC.,              )
    Defendant.                          )
                                        )

## ORDER

Upon application of the defendant, Lowe's Home Centers, Inc., for an order for inspection of the medical records of Dr. Ronald R. Caron pertaining to the plaintiff, Joseph Lombardi, from the date of first treatment to the present, it is hereby ordered that said application is <u>ALLOWED</u> and that Dr. Ronald R. Caron shall furnish a true and complete copy of such medical records (except that said copies shall not include records kept pursuant to General Laws Chapter 111, Section 119) to Jacy L. Wilson, Esq., Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts, 02129.

*William G. Young*
J.

Dated: *June 1, 2005*

951653v1