## CERTIFICATE OF SERVICE

I, Frances A. King, Counsel for the Plaintiff, hereby state that the above Plaintiff's Motion to Compel Answers to Interrogatories was served upon all Counsel of Record for the Defendant, by electronic filing, this 29th day of June, 2005.

__/s/_____
Frances A. King

## CERTIFICATION PURSUANT TO LR 7.1 (A) (2) AND LR 37.1 (B)

I, Frances A. King, Counsel for the Plaintiff, hereby states that I have conferred with Counsel of Record for the Defendant regarding the above Motion.

_____/s/_____
Frances A. King