# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

JOSEPH LOMBARDI
           Plaintiff

V.                                  CIVIL ACTION NO. 04-12678-WGY

LOWE'S HOME CENTERS, INC.
           Defendant

## NOTICE OF ASSIGNMENT OF ADR PROVIDER

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to ADR - SEPTEMBER, 2005 for the following ADR process:

- ☐ SCREENING CONFERENCE
- ☐ EARLY NEUTRAL EVALUATION
- ☒ MEDIATION
- ☐ MINI-TRIAL
- ☐ SUMMARY JURY TRIAL
- ☐ SETTLEMENT CONFERENCE

☐ The ADR proceeding with principals present has been scheduled for _____ at _____ in Courtroom ____ on the ____ floor of the United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

☐ You will be further notified of the specific date set for the ADR proceeding by the courtroom clerk.

SARAH ALLISON THORNTON
CLERK OF COURT

DATE: 8/4/05                         /s/ Marie Bell
                                                    Deputy Clerk

To:    All Counsel of Record
         and ADR Provider