UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>        Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| LOWE'S HOME CENTERS, INC.,<br>        Defendant. | )<br>)<br>)<br>) |

**EXPERT DISCLOSURES OF DEFENDANT LOWE'S HOME CENTERS, INC.
PURSUANT TO FED. R. CIV. P. 26(a)(2)(B)**

Now comes the defendant, Lowe's Home Centers, Inc. ("Lowe's"), and identifies Michael G. Kennedy, M.D. as its medical expert. In compliance with Fed. R. Civ. P. 26(a)(2)(B), Lowe's has produced Dr. Kennedy's curriculum vitae, deposition/trial lists, and written report pertaining to his July 18, 2005 examination of the plaintiff, Joseph Lombardi. The compensation to be paid Dr. Kennedy for his medical records review, examination of the plaintiff, and report total $3,757. In addition, Dr. Kennedy is to be paid $390 per hour for his testimony.

Respectfully Submitted
Defendant Lowe's Home Centers, Inc.,
By its Attorneys

/s/ *Jacy L. Wilson*
_____
Thomas C. Federico, BBO# 160830
Jacy L. Wilson, BBO# 658923
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

957672v1