UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

JOSEPH LOMBARDI, )
    Plaintiff )
 )
v. )
 )
LOWE'S HOME CENTERS, INC., )
    Defendant. )

## MOTION OF THE DEFENDANT, LOWE'S HOME CENTERS, INC., TO COMPEL THE KEEPER OF RECORDS FOR JANG B. SINGH, M.D. TO PRODUCE COURT-ORDERED MEDICAL RECORDS

Now comes the defendant, Lowe's Home Centers, Inc. ("Lowe's"), and respectfully requests that this Honorable Court issue an order compelling the Keeper of Records for Jang B. Singh, M.D. to produce medical records in compliance with the Court's prior order within ten days of the allowance of this Motion. In support of this Motion, Lowe's states the following:

1. On June 13, 2005, the Court entered an order allowing Lowe's Motion for an Order for Inspection of the Medical Records of Dr. Jang B. Singh. A copy of the Notice and Order are attached as Exhibit 1.

2. On June 13, 2005, Lowe's sent a letter to the Keeper of Records for Dr. Singh requesting the plaintiff's medical records and attaching the Court's order. A copy of the letter is attached as Exhibit 2.

3. Having received no response to the June 13 correspondence, counsel for Lowe's, Jacy L. Wilson, contacted Dr. Singh's office by telephone to discuss the request on July 22, 25, and 27 and August 10, 22, and 31. Each time, Attorney Wilson

961703v1

was told the plaintiff's chart was in storage and that they needed to speak with Dr. Singh about the records request in order to retrieve the chart.

4. To date, Dr. Singh has failed to produce the plaintiff's medical records or to otherwise respond to the Court's order.

5. The failure of Dr. Singh to obey the Court's order is a contempt of this Court.

WHEREFORE, the defendant, Lowe's Home Centers, Inc., respectfully requests that this Honorable Court allow this Motion and issue an order compelling the Keeper of Records for Jang B. Singh, M.D. to produce the plaintiff's medical records within ten (10) days thereafter.

Defendant,
Lowe's Home Centers, Inc.,
By its attorneys,

**MORRISON MAHONEY LLP**

/s/ Jacy L. Wilson

Thomas C. Federico, BBO #160830
Jacy L. Wilson, BBO #658923
250 Summer Street
Boston, MA  02210
(617) 439-7500

Dated: September 6, 2005

AFFIDAVIT OF COUNSEL

I, Jacy L. Wilson, counsel for the defendant, Lowe's Home Centers, Inc., depose and state that the factual statements made in the foregoing Motion to Compel are true to the best of my knowledge and belief.

Signed under the penalties of perjury this 6th day of September 2005.

/s/ Jacy L. Wilson

Jacy L. Wilson

961703v1

From:           ECFnotice@mad.uscourts.gov
To:             CourtCopy@mad.uscourts.gov
Date:           6/13/05 2:28PM
Subject:        Activity in Case 1:04-cv-12678-WGY Lombardi v. Lowe's Home Centers, Inc. "Order on Motion for Miscel

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 6/13/2005 at 2:08 PM EDT and filed on 6/13/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Lombardi v. Lowe's Home Centers, Inc.
Case Number: 1:04-cv-12678 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?95687

Document Number: 37
Copy the URL address from the line below into the location bar of your Web browser to view the document: https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?37,95687,,86934532,

Docket Text:
Judge William G. Young : ORDER entered granting [24] Motion For an Order for Inspection of the Medical Records of Dr. Jang B. Singh. cc/cl. (Bell, Marie)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=6/13/2005] [FileNumber=1011779-0]
[544f856db560f7186898319e913866bdebbb0982d52fe130458641496c8e235cca4a349af0c02d9fd6b2eb0
23bfa9eed51bedd3ebf27ab523bdccbb271d54178]]


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -->
1:04-cv-12678 Notice will be electronically mailed to:
Thomas C. Federico                          tfederico@morrisonmahoney.com

Frances A. King                             frances99@msn.com

Jacy L. Wilson                              jwilson@morrisonmahoney.com


1:04-cv-12678 Notice will not be electronically mailed to:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI, <br> Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| LOWE'S HOME CENTERS, INC., <br> Defendant. | ) <br> ) <br> ) |

### ORDER

Upon application of the defendant, Lowe's Home Centers, Inc., for an order for inspection of the medical records of Dr. Jang B. Singh pertaining to the plaintiff, Joseph Lombardi, from the date of first treatment to the present, it is hereby ordered that said application is <u>ALLOWED</u> and that Dr. Jang B. Singh shall furnish a true and complete copy of such medical records (except that said copies shall not include records kept pursuant to General Laws Chapter 111, Section 119) to Jacy L. Wilson, Esq., Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts, 02129.

_____
J. [signature: William G. Young]

Dated: June 13, 2005

951657v1

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Jacy L. Wilson
Direct Dial: 617-737-8865
Direct Fax: 617-342-4850
jwilson@morrisonmahoney.com

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD
NEW YORK
NEW YORK
NEW JERSEY
PARSIPPANY
ENGLAND
LONDON

June 13, 2005

Dr. Jang B. Singh
Attn: Keeper of Records
Vernon Medical Center II
10 Winthrop Street
Worcester, MA 01604

Re:   Joseph Lombardi v. Lowe's Home Centers, Inc.
      United States District Court for the District of Massachusetts
      Civil Action No.: 04-12678-WGY
      Our File No.: 10016971

Dear Sir or Madam:

Enclosed please find a court order for copies of medical records concerning or relating to Joseph Lombardi (date of birth:           ; SS#            ). Please forward such records, along with your copying fee, to my attention. Your bill will be paid promptly upon receipt.

Thank you for your assistance with this matter.

Sincerely,

*Jacy L. Wilson*

Jacy L. Wilson

JLW
Enclosure

953906v1

**REDACTED**