UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>)<br>) |
| LOWE'S HOME CENTERS, INC.,<br>Defendant. | )<br>)<br>) |

### MOTION OF THE DEFENDANT, LOWE'S HOME CENTERS, INC., TO COMPEL THE KEEPER OF RECORDS FOR DR. DONALD R. PETTIT TO PRODUCE COURT-ORDERED MEDICAL RECORDS

Now comes the defendant, Lowe's Home Centers, Inc. ("Lowe's"), and respectfully requests that this Honorable Court issue an order compelling the Keeper of Records for Dr. Donald R. Pettit to produce medical records in compliance with the Court's prior Order within ten days of the allowance of this Motion. In support of this Motion, Lowe's states the following:

1. On June 8, 2005, the Court entered an order granting Lowe's Motion for Inspection of the Medical Records of Dr. Donald R. Pettit. A copy of the Notice and Order are attached as Exhibit 1.

2. On June 13, 2005, Lowe's sent a letter to the Keeper of Records for Dr. Pettit requesting the plaintiff's medical records and attaching the Court's Order. A copy of the letter is attached as Exhibit 2.

3. Having received no response to the June 13 correspondence, counsel for Lowe's, Jacy L. Wilson, attempted to contact Dr. Pettit's office by telephone to discuss the request on July 22 and 29. On both occasions, Attorney Wilson was only able to speak to and leave a message with the answering service.

961808v1

4. On August 1, 2005, Attorney Wilson was successful in reaching Dr. Pettit's office and the June 13 records request was discussed. Attorney Wilson was told the plaintiff's medical records would be sent to her by facsimile. Attorney Wilson never received such a facsimile from Dr. Pettit's office.

5. On August 22, Attorney Wilson again attempted to reach Dr. Pettit's office but was only able to reach the answering service, with whom she left another message.

6. To date, the Keeper of Records for Dr. Pettit has failed to produce the plaintiff's medical records or to otherwise respond to the Court's Order.

7. The failure of the Keeper of Records for Dr. Pettit to obey the Court's Order is a contempt of this Court.

WHEREFORE, the defendant, Lowe's Home Centers, Inc., respectfully requests that this Honorable Court allow this Motion and issue an order compelling the Keeper of Records for Dr. Donald R. Pettit to produce the plaintiff's medical records within ten (10) days thereafter.

Defendant,
Lowe's Home Centers, Inc.,
By its attorneys,

**MORRISON MAHONEY LLP**

*/s/ Jacy L. Wilson*

Thomas C. Federico, BBO #160830
Jacy L. Wilson, BBO #658923
250 Summer Street
Boston, MA 02210
(617) 439-7500

Dated: September 6, 2005

961808v1

## AFFIDAVIT OF COUNSEL

I, Jacy L. Wilson, counsel for the defendant, Lowe's Home Centers, Inc., depose and state that the factual statements made in the foregoing Motion to Compel are true to the best of my knowledge and belief.

Signed under the penalties of perjury this 6th day of September 2005.

/s/ *Jacy L. Wilson*
_____
Jacy L. Wilson

961808v1

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| To: | CourtCopy@mad.uscourts.gov |
| Date: | 6/8/05 10:22AM |
| Subject: | Activity in Case 1:04-cv-12678-WGY Lombardi v. Lowe's Home Centers, Inc. "Order on Motion for Miscel |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 6/8/2005 at 10:04 AM EDT and filed on 6/1/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Lombardi v. Lowe's Home Centers, Inc.
Case Number: 1:04-cv-12678 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?95687

Document Number: 34
Copy the URL address from the line below into the location bar of your Web browser to view the document: https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?34,95687,,26130504,

Docket Text:
Judge William G. Young : ORDER entered granting [19] Motion For Inspection of the Medical Records of Dr. Donald R. Pettit. cc/cl. (Bell, Marie)

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=6/8/2005] [FileNumber=1006061-0]
[2783ef73718ef5ae9541e47a79ca8d17d7f372f6703a86cdbd25d7832bdbe2ad00f67807dc70cd59f15c021f
34998711e385ff3451fff8293e3bcc0fb7b1fff3]]


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -->
1:04-cv-12678 Notice will be electronically mailed to:
Thomas C. Federico                          tfederico@morrisonmahoney.com

Frances A. King                             frances99@msn.com

Jacy L. Wilson                              jwilson@morrisonmahoney.com


1:04-cv-12678 Notice will not be electronically mailed to:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>)<br>) |
| LOWE'S HOME CENTERS, INC.,<br>Defendant. | )<br>)<br>) |

### ORDER

Upon application of the defendant, Lowe's Home Centers, Inc., for an order for inspection of the medical records of Dr. Donald R. Pettit pertaining to the plaintiff, Joseph Lombardi, from the date of first treatment to the present, it is hereby ordered that said application is <u>ALLOWED</u> and that Dr. Donald R. Pettit shall furnish a true and complete copy of such medical records (except that said copies shall not include records kept pursuant to General Laws Chapter 111, Section 119) to Jacy L. Wilson, Esq., Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts, 02129.

_____
J.

Dated: June 1, 2005

951651v1

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| Jacy L. Wilson<br>Direct Dial: 617-737-8865<br>Direct Fax: 617-342-4850<br>jwilson@morrisonmahoney.com | 250 SUMMER STREET<br>BOSTON, MASSACHUSETTS 02210-1181<br>617-439-7500 | MASSACHUSETTS<br>BOSTON<br>FALL RIVER<br>SPRINGFIELD<br>WORCESTER<br><br>RHODE ISLAND<br>PROVIDENCE | CONNECTICUT<br>HARTFORD<br>NEW YORK<br>NEW YORK<br>NEW JERSEY<br>PARSIPPANY<br>ENGLAND<br>LONDON |

June 13, 2005

Dr. Donald R. Pettit
Attn: Keeper of Records
576 Main Street
Woburn, MA 01801

Re:   Joseph Lombardi v. Lowe's Home Centers, Inc.
      United States District Court for the District of Massachusetts
      Civil Action No.: 04-12678-WGY
      Our File No.: 10016971

Dear Sir or Madam:

Enclosed please find a court order for copies of medical records concerning or relating to Joseph Lombardi (date of birth: ____; SS# ____). Please forward such records, along with your copying fee, to my attention. Your bill will be paid promptly upon receipt.

Thank you for your assistance with this matter.

Sincerely,

*Jacy L. Wilson*
Jacy L. Wilson

JLW
Enclosure

953900v1

**REDACTED**