UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

|  |  |
|---|---|
| JOSEPH LOMBARDI,<br>　　　　Plaintiff<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRETRIAL DISCLOSURES OF DEFENDANT LOWE'S HOME CENTERS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)**

Now comes the defendant, Lowe's Home Centers, Inc. ("Lowe's"), and, pursuant to Fed. R. Civ. P. 26(a)(3), identifies the following witnesses and exhibits which Lowe's expects to present at trial and those which Lowe's may present if the need arises:

<u>Witnesses</u>

A.   Lowe's expects to present the following witnesses:

　　1.   Dominik LeBeau, Lowe's, 15 Commerce Way, Woburn, MA, (718) 376-5500;

　　2.   Joe Nassar; and

　　3.   Chad Gaylord.

B.   Lowe's expects to present the testimony of the following witness by means of an audio-visual deposition:

　　1.   Michael G. Kennedy, M.D.

C.   Lowe's may call the following witnesses:

　　1.   Margaret Dagner;

　　2.   Tom O'Connell; and

　　3.   Tom Bohigian.

965800v1

D.    Lowe's reserves the right to call any witness identified by the plaintiff.

Exhibits

A.    Lowe's expects to offer the following documents:

    1.    Medical records from the plaintiff's medical providers:

        a)    Kenneth Farbman, M.D.;

        b)    Ronald J. Dorris, M.D.;

        c)    Newton-Wellesley Orthopedic Associates;

        d)    Winchester Imaging Center;

        e)    Roland R. Caron, M.D.;

        f)    Fairlawn Rehabilitation Hospital;

        g)    UMass Memorial Medical Center;

        h)    Mario Moretti, M.D.;

        i)    HealthSouth Diagnostic Center;

        j)    Fallon Clinic;

        k)    Seema R. Naravane, M.D.;

        l)    Carey Kimmelstiel, M.D.;

        m)    Thomas Force, M.D.;

        n)    Donald Pettit, M.D.;

        o)    Excel Orthopedic Specialists; and

        p)    Woburn Orthopaedic Associates.

    2.    Lowe's Incident Report dated April 8, 2004; and

    3.    Report of Michael G. Kennedy, M.D. dated July 18, 2005.

Respectfully Submitted
Defendant Lowe's Home Centers, Inc.,
By its Attorneys

/s/ *Jacy L. Wilson*
_____
Thomas C. Federico, BBO# 160830
Jacy L. Wilson, BBO# 658923
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2005, I electronically filed The **Pretrial Disclosures Of Defendant Lowe's Home Centers, Inc. Pursuant To Federal Rule Of Civil Procedure 26(A)(3)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Frances A. King, Esq., 10 Tremont Street, Boston, MA 02108, and I hereby certify that there are no non-registered participants to this action.

/s/ *Jacy L. Wilson*

_____
Jacy L. Wilson

965800v1