UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO: 04-12678-WGY**

JOSEPH LOMBARDI,
    Plaintiff

V.

LOWE'S HOME CENTERS, INC,
    Defendant

## PLAINTIFF'S PRETRIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCUDURE 26(a)(3)

Now comes the Plaintiff, Joseph Lombardi, and, pursuant to Fed. R. Civ. P. 26(a)(3), identifies the following witnesses and exhibits which the Plaintiff expects to present at trial and those which the Plaintiff may present at trial:

WITNESSES:

The Plaintiff, Joseph Lombardi, expects to call the following witnesses:

1. Joseph Lombardi, 7 Maple Street, Burlington, MA 02108, 774 – 276-0903;

2. Chad Gaylord, 85 Pasadena Pkwy. Worcester, MA 01605, 508 – 852-7624.

3. Dr. David A. Alessandro, 150 Presidential Way, Suite 110, Woburn, MA, 01801.

4. Joe Nassar.

5. Margaret Dagner

6. Steve Larsen, 85 Fairfax Street, Worcester, MA

The Plaintiff reserves the right to call any witness identified by the Defendant.

The Plaintiff expects to offer the following documents:

1. Medical records from UMass Memorial Medical Center, Worcester, MA, Emergency notes reflecting the date of the accident which is the subject of this lawsuit, including all diagnostic tests; and corresponding bill for medical services;

2. Medical records from the Plaintiff's primary physician, Dr. Seema R. Naravane; including any physician in her practice, Worcester, MA, and corresponding bill for medical services;

3. MRI results from Healthsouth Diagnostic Center of Worcester, MA, 300 Grove Street, Worcester, MA 01605 dated 6/3/04; and corresponding bill for medical services;

4. Two reports from Dr. David A. Alessandro, 150 Presidential Way, Woburn, MA 01810, indicating treatment for injury, which is the subject matter of this lawsuit, disability, probable costs of necessary surgery and rehabilitation, and causal connection of injury to the accident which is the subject of this lawsuit;

5. Defendant, Lowe's Incident report dated April 8, 2004.(enhanced).

6. Diagram of surgical procedure for right shoulder rotator cuff tears.

7. Diagram of right shoulder (skeleton model)

8. Enhanced photo of Plaintiff's MRI.

9. Enhanced photo of medical records.

10. Enhanced photos of answers to Interrogatories.

11. Enhanced photos of deposition testimony.

12. Enhanced photos of area of accident.

13. Enhanced photos of Lowe's policies and procedures.

14. Diagram of the mechanics of the Plaintiff's fall.

Respectfully submitted,
Joseph Lombardi,
By his attorney,

_____s_____
Frances A. King BB0 #
546907
10 Tremont Street, Suite 3
Boston, MA 02108
617 – 523-0161

## CERTIFICATE OF SERVICE

I, Frances A. King, hereby certify that I have electronically filed The Pre-trial Disclosures of The Plaintiff, Joseph Lombardi, Pursuant to Federal Rule of Civil Procedure 26(a)(3) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Thomas C. Federico, Esq, / Jacy L. Wilson, Esq, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210, attorneys of record for the Defendant.

_____s_____
Frances A. King