UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

JOSEPH LOMBARDI

V.

LOWE'S HOME CENTERS, INC.

**PLAINTIFF'S MOTION IN LIMINE TO EXLUDE ANY MENTION
BY THE DEFENDANT OF ANY POSSIBLE
"ADDICTION" TO NARCOTICS BY THE PLAINTIFF**

Now comes the Plaintiff, through counsel, and respectfully requests that this Honorable Court disallow the Defendant from attempting to establish that the Plaintiff was "addicted" to any narcotic.

As grounds therefore, the Plaintiff states this is the subject of expert opinion, is unrelated to any issue in the case, and is a highly prejudicial inference toward the Plaintiff.

Respectfully submitted,
Plaintiff, by his attorney,

_____s_____
Frances A. King
10 Tremont Street, Suite 3
Boston, MA 02108
BB0 # 546907
617 – 523-0161

DATE: October 26, 2005

**CERTIFICATE OF SERVICE**

I, Frances A. King, counsel for the Plaintiff, hereby certify that I have served a copy of the within Motion on counsel for the Defendant, IN HAND, this 28th day of October, 2005 at John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210.

_____s_____
Frances A. King