UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

JOSEPH LOMBARDI

V.

LOWE'S HOME CENTERS, INC

### MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. MICHAEL G. KENNEDY AS PERTAINING TO ANY MEDICAL RECORD NOT MENTIONED IN HIS EXPERT REPORT DATED JULY 18, 2005

Now comes the Plaintiff, Joseph Lombardi, and pursuant to Fed. R. Civ. P. 26(a)(2)(B) and this Honorable Court's specific order, respectfully requests that this Honorable Court strike any and all testimony concerning any medical note or report not specifically mentioned in the expert report of Dr. Michael G. Kennedy, dated July 18, 2005.

As grounds therefore, Plaintiff states the following:

On page one of Dr. Kennedy's report, paragraph one, Dr. Kennedy simply states …"I also had the opportunity to review numerous medical records sent concerning Mr. Lombardi. At the end of this report I will render the opinions to a reasonable degree of medical certainty based upon Mr. Lombardi's history, the physical findings and the review of the medical records."

On page five under the heading MEDICAL RECORD REVIEW, Dr.Kennedy states: "I had the opportunity to review numerous medical records sent concerning Mr. Lombardi.  He then states that " Mr. Lombardi had a significant problem with his right shoulder before the 4/8/04 event and was never proven to be asymptomatic as regards such up until the time of that April 2004 accident"…He then proceeds to render his opinions without identifying a single medical record, he allegedly reviewed.

At the video deposition of Dr. Kennedy on November 1, 2005, Dr. Kennedy testified to the following concerning specific medical records not mentioned in his report:

1. "Mr. Lombardi had trouble with his right shoulder dating back to 1996. At that time, he was in to see Dr. Tanenbaum" and was complaining of right shoulder pain. Thereafter, there were three major accidents to this right shoulder prior to April of 2004";

2. Dr. Kennedy continues to explain the above and testifies about an accident in May, 1997 and subsequent treatment;

3. An occurrence at a Gym in September of 2000 referring to a report allegedly indicating a diagnosis of another physician regarding complaints of severe right shoulder pain. (this was, in fact, a patient questionnaire allegedly filled out by the Plaintiff);

4. An accident in March of 2003, explaining the substance of another physician's report regarding the description of the alleged accident and subsequent injury;

5. He then proceeds to identify the following reports:
    a. Dr. Moretti, dated May of 2003;
    b. Dr. Moretti dated June of 2003;
    c. Dr. Moretti dated October of 2003;
    d. Dr. Farbman, May, June, September and October of 2003;
    e. A notation (without mention of the source) dated March 29, 2004;
    f. UMass Memorial Hospital records, the day of the accident;
    g. The reports of Dr. Alessandro, the Plaintiff's Treating and Expert Physician;
    h. An MRI of the Plaintiff dated June 4, 2004;
    i. Dr. Naravene's reports of April, 13, 27, 2004;
    j. Dr. Caron's report of 1997;

Dr. Kennedy's deposition testimony is based almost entirely on his opinions formed as the result of a review of all of the above medical records.

However, he does not identify a single medical report or note in his report of July 18, 2005.

WHEREFORE, the Plaintiff, Joseph Lombardi requests that the testimony of Dr. Michael G. Kennedy, taken by video deposition on November 1, 2005, as it relates to the identification and substance of medical reports not mentioned in Dr. Kennedy's written expert report, pursuant to Fed. R. Civ. P. 26(a)(2)(B); and pursuant to the directives of this Honorable Court at the Initial Scheduling Conference of this matter on February 9, 2005 and the final Pre-Trial hearing on October 28, 2005, be excluded from any trial testimony by Dr. Kennedy and stricken from the record of the video deposition of Dr. Kennedy.

Respectfully submitted,
Plaintiff, Joseph Lombardi,
By his attorney,

_____s_____
Frances A. King
BB0 # 546907
10 Tremont Street, Suite 3
Boston, MA 02108
617 – 523-0161

DATE: November 15, 2005

## CERTIFICATE OF SERVICE

I, Frances A. King, hereby certify that I have electronically filed the above Motion In Limine To Exclude Testimony of Dr. Michael G. Kennedy as pertaining to any medical record not mentioned in his expert report dated July 18, 2005. this 15th day of November, 2005.

_____s_____
Frances A. King