UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| LOWE'S HOME CENTERS, INC.,<br>Defendant. | )<br>)<br>)<br>) |

**FURTHER EXPERT DISCLOSURE OF DEFENDANT LOWE'S HOME CENTERS, INC. PURSUANT TO FED. R. CIV. P. 26(a)(2)(B)**

Now comes the defendant, Lowe's Home Centers, Inc. ("Lowe's"), and supplements its previous expert disclosure of Michael G. Kennedy, M.D. by stating that the medical records of the plaintiff that Dr. Kennedy reviewed and which, in part, formed the basis of his opinions were the plaintiff's own medical records that had been produced pursuant to keeper of record subpoenas and court orders. Those records are as follows: The Excel Orthopedic Specialists; UMass Memorial Medical Center; Healthsouth Diagnostic Center; Fallon Clinic; Mario Moretti, M.D.; Seema R. Naravane, M.D.; Dr. Donald R. Pettit; Dr. Ronald R. Caron; Dr. Kenneth Farbman; Dr. Michael R. Wollin; Dr. Ronald J. Dorris; Caritas Carney Hospital; Winchester Imaging Center; Woburn Orthopaedic Associates, Inc.; Newton-Wellesley Orthopedic Associates; Fairlawn Rehabilitation Hospital; Dr. Thomas L. Force; Dr. Carey D. Kimmelstiel; and Dr. Jang B. Singh. Counsel for Lowe's set out all of the above-noted medical records in its disclosure pursuant to Fed. R. Civ. P. 26(a)(3) and listed these records as proposed exhibits in the Joint Pre-Trial Memorandum. Furthermore, those records were marked as Exhibits 2 and 3 at

957672v1

2

the audio-visual deposition of Dr. Kennedy.

        Respectfully Submitted
        Defendant Lowe's Home Centers, Inc.,
        By its Attorneys

        /s/ *Thomas C. Federico*
        _____
        Thomas C. Federico, BBO# 160830
        Jacy L. Wilson, BBO# 658923
        Morrison Mahoney LLP
        250 Summer Street
        Boston, MA 02210
        (617) 439-7500

### CERTIFICATE OF SERVICE

      I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

        /s/ *Thomas C. Federico*
        _____
        Thomas C. Federico, BBO# 160830

Date: 29 November 2005

2

957672v1