UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

JOSEPH LOMBARDI

V.

LOWE'S HOME CENTERS, INC.

**AFFIDAVIT OF**
**NOTICE OF INTENT TO INTRODUCE MEDICAL BILL**

I, Frances A. King, counsel for the Plaintiff, Joseph Lombardi, due hereby certify that I have served a notice of intent to introduce the attached medical bill of Dr. David A. Alessandro and Excel Orthopedic Specialists, at the trial of the above action, and a copy of the bill by certified mail, return receipt requested to Attorney Thomas C. Federico, Esq.. Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210.

Attached please find the return receipt.

Respectfully submitted,,
Joseph Lombardi,
By his attorney,

/s/Frances A. King

_____
Frances A. King
10 Tremont Street, Suite 3
Boston, MA 02108
617 – 523-0161

DATE: January 24, 2006