UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

JOSEPH LOMBARDI,
    Plaintiff

v.

LOWE'S HOME CENTERS, INC.,
    Defendant.

## MOTION OF DEFENDANT LOWE'S HOME CENTERS, INC. TO SUBMIT ADDITIONAL QUESTIONS TO PROSPECTIVE JURORS

Pursuant to Fed. R. Civ. P. 47, the defendant, Lowe's Home Centers, Inc., requests this Court to supplement the examination of prospective jurors in this case by submitting, or allowing the defendant's attorneys to submit, the following additional questions:

1. Have you or any member of your immediate family or a close friend ever been a plaintiff in a personal injury case?

2. Have you or any member of your immediate family or a close friend ever sat as a juror in a personal injury case?

3. Have you or any member of your immediate family or a close friend ever been involved in a lawsuit with a retailer?

4. Have you or any member of your immediate family or a close friend ever seriously contemplated suing someone or a retailer as a result of an accident?

5. Do you have any bias or prejudice against home improvement retailers, or retailers in general, which would prevent you from rendering a decision free from such bias or prejudice?

972300v1

The defendant further requests this Court to examine, or allow the defendant's attorneys to examine, each person called as a juror out of the presence of the other prospective jurors. As grounds for this request, the defendant states that prospective jurors may hesitate to fully answer the foregoing questions out of fear, anxiety, or embarrassment and, therefore, individual examination of prospective jurors is necessary to assemble a fair and impartial jury.

Respectfully submitted,
Defendant,
Lowe's Home Centers, Inc.,
By its attorneys,

/s/ *Thomas C. Federico*

Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

## Certificate of Service

I hereby certify that this documents(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 25 January 2006.

/s/ *Thomas C. Federico*

Thomas C. Federico

972300v1