UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

```
_____
                                    )
JOSEPH LOMBARDI,                    )
        Plaintiff                   )
                                    )
v.                                  )
                                    )
LOWE'S HOME CENTERS, INC.,          )
        Defendant.                  )
_____)
```

**PROPOSED SPECIAL JURY VERDICT**

Q.1.   Was the defendant, Lowe's Home Centers, Inc., negligent?

   YES _____         NO _____

   **(If your answer to Question 1 is "Yes," please go to Question 2. If your answer is "No," STOP HERE. You do not need to answer any further questions. The jury foreman needs to sign and date where indicated at the end of this form.)**

Q.2.   Was the negligence of the defendant, Lowe's Home Centers, Inc., a substantial contributing cause of the injuries sustained by the plaintiff?

   YES _____         NO _____

   **(If your answer to Question 2 is "Yes," please go to Question 3. If your answer is "No," STOP HERE. You do not need to answer any further questions. The jury foreman needs to sign and date where indicated at the end of this form.)**

Q.3    Was the plaintiff, Joseph Lombardi, negligent?

   YES _____         NO _____

   **(If your answer to Question 3 is "Yes," please go to Question 4. If your answer is "No," please go to Question 5).**

Q.4.   Was the negligence of the plaintiff, Joseph Lombardi, a substantial contributing cause of the injuries sustained by the plaintiff?

   YES _____         NO _____

Q.5.   What percentage of the total negligence (100%) do you attribute to each party?

      A.   **Defendant Lowe's Home Centers Inc.'s Negligence**   _____%

      B.   **Plaintiff Joseph Lombardi's Negligence**   _____%

                                                           TOTAL   _____100%_____.

Q.6.   What amount of money would fully, fairly, and adequately compensate the plaintiff, Joseph Lombardi, for his injuries and damages?

_____ **Dollars**
**(AMOUNT IN WORDS)**

$_____
**(AMOUNT IN FIGURES)**

I certify that the foregoing answers are those of each and every member of the deliberating jury.

                                                 _____
                                                 Foreperson of the Jury

Date:_____