UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

| | |
|---|---|
| JOSEPH LOMBARDI,<br>Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>)<br>) |
| LOWE'S HOME CENTERS, INC.,<br>Defendant. | )<br>)<br>)<br>) |

MOTION IN LIMINE OF THE DEFENDANT, LOWE'S HOME CENTERS, INC., TO PRECLUDE THE PLAINTIFF FROM TESTIFYING THAT HE HAS NOT RECEIVED SURGERY BECAUSE OF FINANCIAL REASONS

The defendant, Lowe's Home Centers, Inc., moves the Court, *in limine*, for an order precluding testimony that the plaintiff has not received surgery for his alleged rotator cuff injury because of financial reasons. In support of this Motion, the defendant states that such testimony is irrelevant to the plaintiff's negligence claim and allowing the jury to hear such testimony would unduly prejudice the defendant.

WHEREFORE, the defendant, Lowe's Home Centers, Inc., respectfully requests that the Court preclude testimony that the plaintiff has not undergone surgery for his alleged injury because of financial reasons.

985615v1

Defendant,
Lowe's Home Centers, Inc.,
By its attorneys,

/s/ Jacy L. Wilson

_____
Thomas C. Federico, BBO# 160830
Jacy L. Wilson, BBO# 658923
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500


CERTIFICATE OF SERVICE

I hereby certify that this documents(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 27 January 2006.

/s/ Jacy L. Wilson

_____
Jacy L. Wilson