UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO: 04-12678-WGY**

JOSEPH LOMBARDI,
    Plaintiff

V.

LOWES HOME CENTERS, INC.,
    Defendant

## PLAINTIFF'S PROPOSED SPECIAL JURY VERDICT

1. Was the Defendant, Lowes Home Centers, Inc. negligent in their standard care in maintaining their premises in a safe condition on April 8, 2004

   Yes_____        No_____

   (If yes, please go to Question No. 2.  If no, please report your verdict).

2. Was the negligence of Defendant, Lowes, a proximate cause of the injuries suffered by the Plaintiff, Joseph Lombardi.

   Yes_____       No_____

3. Please provide the amount of damages Mr. Lombardi suffered for the following categories of compensable injuries:

   | | |
   |---|---|
   | Past and Future Medical Expenses | $_____ |
   | Past and Future Lost Income | $_____ |
   | Past Physical Pain | $_____ |
   | Future Physical Pain | $_____ |
   | Past Emotional Pain | $_____ |
   | Future Emotional Pain | $_____ |
   | Past of life's pleasures | $_____ |
   | Future loss of life's pleasures | $_____ |

Any other loss the Jury finds         $_____

Total Damages                         $_____

(Report your Verdict)

I certify that the foregoing answers are those of each and every member of this Jury.

_____
Foreperson of the Jury

DATE: