UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12678-WGY

JOSEPH LOMBARDI

V.

LOWE'S HOME CENTERS, INC.

### STIPULATION OF DISMISSAL OF ACTION PURSUANT TO RULE 41(a)(1)(ii)

The Plaintiff, Joseph Lombardi, and the defendant, Lowe's Home Centers, Inc., pursuant to the provisions of Fed.R. Civ. P. 41(a)(1)(ii), hereby stipulate that all claims against Lowe's Home Centers, Inc. be dismissed with prejudice, without costs or attorney fees, and without right of appeal.

| Plaintiff, | Defendant, |
|---|---|
| Joseph Lombardi, | Lowe's Home Centers, Inc., |
| By his Attorney, | Lowe's Home Centers, Inc., |
| | |
| /s/Frances A. King | /s/Thomas C. Federico |
| _____ | _____ |
| Frances A. King, Esquire | Thomas C. Federico, BB0 # 160830 |
| 10 Tremont Street, Suite 3 | Jacy L. Wilson, BB0 # 658923 |
| Boston, MA 02108 | Morrison Mahoney LLP |
| 617 – 523-0161 | 250 Summer Street |
| BB0 # 546907 | Boston, MA 02210-1181 |
| | 617 – 439-7500 |